

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of N.J., a Child

No. 06-21-00026-CV

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2016-134). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellants have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 1, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk